Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

# UNITED STATES DISTRICT COURT
## for the SOUTHERN
### District of FLORIDA
### Division CIVIL COURT

FILED BY _____ D.C.
MAY 17 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

ADAM MARSHALL DOBRIN

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

TWITTER, INC & ALPHABET, INC

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 22-cv-60941-Ruiz/Strauss
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE DEFENDANT OWES PLAINTIFF A SUM OF MONEY
### (28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ADAM MARSHALL DOBRIN |
| Street Address | 9715 W BROWARD BLVD #308 |
| City and County | PLANTATION |
| State and Zip Code | FL, 33322 |
| Telephone Number | 754-444-0516 |
| E-mail Address | exparte@fromthemachine.org |

Page of 15

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | TWITTER |
| Job or Title *(if known)* | |
| Street Address | 1355 MARKET STREET, SUITE 900 |
| City and County | San Francisco |
| State and Zip Code | CA, 94103 |
| Telephone Number | Phone: (415) 222-9670 |
| E-mail Address *(if known)* | abuse@twitter.com |

Defendant No. 2

| | |
|---|---|
| Name | JOHN DOES (1-10000) |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | GOOGLE |
| Job or Title *(if known)* | |
| Street Address | 1600 AMPHITHEATRE PARKWAY |
| City and County | MOUNTAIN VIEW |
| State and Zip Code | CA, 94043 |
| Telephone Number | Phone: 650-253-0000 |
| E-mail Address *(if known)* | abuse@google.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

        Street Address       _____

        City and County     _____

        State and Zip Code  _____

        Telephone Number   _____

        E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* __ADAM MARSHALL DOBRIN__, is a citizen of the State of *(name)* __FLORIDA__.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* __ALPHABET INC & TWITTER INC__, is incorporated under the laws of the State of *(name)* __DELAWARE__, and has its principal place of business in the State of *(name)* __CALIFORNIA__.

   Or is incorporated under the laws of *(foreign nation)* _____,

Page of 15

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

ONE BILLION DOLLARS

DEFENDANT, by and through undersigned counsel and pursuant to Rule 3.220(n), Florida Rules of Criminal Procedure, requests this Court to enter an Order compelling the State of Florida to comply with the various rules of discovery outlined in Rule 3.220. As grounds for this Motion, Defendant states as follows:

1. On MAY 8, 2022, Defendant served the State of Florida with a Notice of Discovery pursuant to Rule 3.220, Florida Rules of Criminal Procedure.
2. On or MAY 8, 2022, the State of Florida served a response to the above-described Notice.
3. Defendant contends that the State of Florida's response to Defendant's Notice of Discovery is legally insufficient and non-compliant with Rule 3.220 for the reasons set forth below:
4. Under Rule 3.220(b)(1)(A), Florida Rules of Criminal Procedure, the State of Florida must, upon demand, furnish to a defendant the names and addresses of all persons known to the prosecutor to have any information which may be relevant to the charges or to any defense. In response to Defendant's demand for that information, the prosecution identified several persons, but prefaced that list with the statement, "Any transcripts of proceedings before the Florida Department of Highway Safety and Motor Vehicles regarding the instant Defendant in the instant matter." This response is insufficient and inadequate and defeats the purpose of Rule 3.220.
5. Under Rule 3.220(b)(1)(B), Florida Rules of Criminal Procedure, the State of Florida must, upon demand, permit defense counsel to inspect, copy, and photograph the statement of any person whose name is furnished in compliance with Rule 3.220(b)(1)(A). In response to Defendant's demand for the identification and production of such statements, the prosecution responded as follows: "Any statements on the arrest and booking docket CCR# 123-45678, uniform traffic citation, field sobriety report, implied consent form, breath alcohol test affidavit, and refusal affidavit. This response amounts to nothing more than a blanket assertion that, somewhere in the documentation pertaining to the present case, there may a statement. This boilerplate response is insufficient and inadequate and defeats the purpose of the Rule.
6. Under Rule 3.220(b)(1)(C), Florida Rules of Criminal Procedure, the State must permit defense counsel to inspect, copy, test, and photograph any written or recorded statement and the substance of any oral statements made by the accused, including a copy of any statements contained in police reports or report summaries, together with the name and address of each witness to such statements. The response of the prosecution to that demand by Defendant was "Any statements by the accused on the arrest and booking docket CCR# 123-45678, uniform traffic citation, field sobriety report, implied consent form, breath alcohol test affidavit, and refusal affidavit." That response is insufficient and inadequate and defeats the purpose of the Rule.

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money

|  |  |
|---|---|
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.



**ACHILLES & DAD-E**

I woke up and turned on my laptop this morning for the first time in probably over a year. I didn't even remember that I'd changed this habit, or that there was "not much to do on the thing" ... and this morning I plan on writing and filing a Federal lawsuit against Twitter for "the other DeflateGate scandal." I didn't really ask for other "eye witnesses" at the time (and boy that sounds funny l@@king) but the exact same day of the football "issue" I had somewhere on the order of 250,000 followers add me to their Twitter accounts because of a Tweet that went viral, referencing:

- "sudo xe"
- "let there be light"
- accounts named "@adjkjc" or "@yitsheyzeus" or "@adam_flash"
- http://fromthemachine.org/CHALK.html, http://lamc.la/CHALK.html

Pro Se 6 (Rev. 12/16) Complaint for a Civil Case Alleging that the Defendant Owes the Plaintiff a Sum of Money



**BOGOFLIPs and MEGAMIPs for Superman, Kermit!**

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff    ADAM MARSHALL DOBRIN

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____



Censorship includes a concerted effort by a number of tech giants and also includes the "destruction" of Al Jazeera America in order to suppress the information contained in this lawsuit. There is no doubt this is a "Bliblical" and mythological feat, and the court should immediately move for arbitration in order to ensure that the "labor doesn't kill Herules."

*Don't shoot the messenger.*

I am attaching this subpoena to both Twitter and Google for any information, internal or [ external email, telephonic, or written ] communication, relating to me specifically and specifically to any government communications [ especially those believed to be secret or protective ] to remedy this cause of "treasonous" Constitutional violations as well as what appears to be a concerted conspiratorial effort to "terminate my life."

*Behold I was dead, and now I am alive ... "forevermore."*

Personal damages are in the excess of USD $1,000,000,000 dollars because of book sales and Google ad revenue [ and other ancillary revenues ] which would have resulted in the fame of bringing this singular disclosure to the public. I am pursuing this exact amount for the benefit of myself and an independent charity which I am hoping the court and parties involved will help me form for the purpose of bringing "direct democracy" and the "electronic vote" to the people,. I have been writing about and actually began forming such an entity between the years involved, originating with this book excerpt in 2015 and the forming of "SUEZ GROUP" just this year. Because of the significant monetary sum and the very sure change in "status quo" from the disclosure, I believe my life to be in significant danger; and thusly am asking at this time that a trust be set up to requests that a coalition of not for profit companies be entrusted to the vast majority of earnings from this lawsuit and tasked with the singular original purpose of forming SUEZ and also specifically ending electronic censorship which has resulted in the hiding of this event for over seven years at this point. I am specifically asking for the [1 American Red Cross, the [2] International Red Crescent, the [3] Electronic Frontier Foundation and the [4] ACLU of Washington, [5] Florida, [6] California, Texas, and New York to be tasked with the creation of formation documents for the noted "SUEZ GROUP."

I remember the exact day because of the association and it was the day I was released from a jail in Charleston, South Carolina. Immediately, within minutes, from the tweet going viral I noticed a follow specifically by former Vice President AlGore, and that the tweet had been removed by Twitter. Followers then began being removed immediately, though some of them stayed for several days. I had ancillary evidence at Google on my Gmail account [ adobrin@gmail.com, yitsheyzeus@gmail.com ] for many months and probably years until those emails were further removed by the second "tech giant." These two actions appear to have resulted from direct government involvement in the suppression of First and Fourth Amendment rights and amount to nothing short of a RICO conspiracy to suppress proof and evidence that we are living inside a simulated reality. This puts the damages on the order of "googols"... because it is intricately related to a temporal failure by the United States government and the people to "move to cure all diseases" among other benefits which would have been reached through the disclosure coming to light.

revenue [ and other ancillary revenues ] which would have resulted in the fame of bringing this singular disclosure to the public. I am pursuing this exact amount for the benefit of myself and an independent charity which I am hoping the court and parties involved will help me form for the purpose of bringing "direct democracy" and the "electronic vote" to the people,. I have been writing about and actually began forming such an entity between the years involved, originating with this book excerpt in 2015 and the forming of "SUEZ GROUP" just this year. Because of the significant monetary sum and the very sure change in "status quo" from the disclosure, I believe my life to be in significant danger; and thusly am asking at this time that a *trust be set up to requests that a coalition of not for profit companies be entrusted to the vast majority of earnings from this lawsuit and tasked with the singular original purpose of forming SUEZ and also specifically ending electronic censorship which has resulted in the hiding of this event for over seven years at this point. I am specifically asking for the [1 American Red Cross, the [2] International Red Crescent, the [3] Electronic Frontier Foundation and the [4] ACLU of Washington, [5] Florida, [6] California, Texas, and New York to be tasked with the creation of formation documents for the noted "SUEZ GROUP."

7. Under Rule 3.220(b)(1)(K), Florida Rules of Criminal Procedure, the prosecution must, upon demand, furnish to a defendant any tangible papers or objects that the prosecuting attorney intends to use in a hearing or trial that were not obtained from or did not belong to the defendant.  The response of the prosecution to that demand was "All items of evidence listed in the arrest and booking report CCR# 123-45678, uniform traffic citation, field sobriety report, implied consent form, breath alcohol test affidavit, refusal affidavit, and maps/photos of incident/arrest location."  This response is so evasive and equivocal that it defeats the purpose of discovery and misleads Defendant in the preparation if his defense.  Defendant contends that he is entitled to know with a reasonable degree of particularity and specificity what items the State is referring to in its response to Defendant's Notice of Discovery.

WHEREFORE, Defendant respectfully requests that this Court enter an Order requiring the State disclose or specify the information or documents described herein.

I woke up and turned on my laptop this morning for the first time in probably over a year. I didn't even remember that I'd changed this habit, or that there was "not much to do on the thing" ... and this morning I plan on writing and filing a Federal lawsuit against Twitter for "the other DeflateGate scandal." I didn't really ask for other "eye witnesses" at the time (and boy that sounds funny l@@king) but the exact same day of the football "issue" I had somewhere on the order of 250,000 followers add me to their Twitter accounts because of a Tweet that went viral, referencing:

- "sudo xe"

- "let there be light"

- accounts named "@adjkjc" or "@yitsheyzeus" or "@adam_flash"

- http://fromthemachine.org/CHALK.html, http://lamc.la/CHALK.html

ADAM DUBRIN
9705 W. BROWARD BLVD
PLANTATION, FL 33324

12 MAY 2022 PM 4 L



U.S. DISTRICT COURT CLERK
400 N. MIAMI AV.
MIAMI, FL 33128

33128-771899

USMS INSPECTED    RECEIVED    MAY 17 2022 2:33 PM

